## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HAROLD K. CRONER, JAMES E. CRONER AND JONATHAN H. CRONER

v.

SAMUEL G. POPOVICH AND CATHY J. POPOVICH, HUSBAND AND WIFE, JOSEPH POPOVICH, SINGLE, AND FRANK POPOVICH, JR., SINGLE

PETITION OF:  SAMUEL G. POPOVICH AND CATHY J. POPOVICH, HUSBAND AND WIFE

: No. 344 WAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.